IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TREVON STOKLEY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| BRISTOL BOROUGH SCHOOL | : | |
| DISTRICT, *et al.*, | : | |
| Defendants. | : | No. 13-3277 |

**O R D E R**

**AND NOW**, this 4th day of September, 2013, upon consideration of Defendants' Motion to Dismiss (Docket No. 5) and Plaintiff's Opposition thereto (Docket No. 6), it is hereby **ORDERED** that:

1. Defendants' Motion (Docket No. 5) is **GRANTED**;

2. Plaintiff's Second Cause of Action is **DISMISSED** as to all Defendants; and

3. Defendants shall answer the remainder of Plaintiff's Complaint no later than 14 days from the date of this Order.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1