IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TREVON STOKLEY | : | |
|         Plaintiff | : | |
| | : | |
| v. | : | NO. 13-3277 |
| | : | |
| BRISTOL BOROUGH SCHOOL DISTRICT and BRISTOL HIGH SCHOOL and ERICA CORBEZZOLO and ROGER ROTH | : | |
|         Defendants | : | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

     Defendants Bristol Borough School District, Bristol High School, Erica Corbezzolo and Roger Roth, by and through their attorney Steven M. Liero, Esquire hereby moves for Summary Judgment in their favor pursuant to F.R.C.P. 56. In support of this Motion, Defendants incorporate by reference the arguments set forth in the accompanying brief.

                                                                        CONNOR, WEBER & OBERLIES

                                                 BY:_____
                                                    Steven M. Liero, Esquire
                                                    Connor, Weber & Oberlies
                                                    171 West Lancaster Avenue
                                                    Paoli, PA 19301
                                                    610-640-2803
                                                    Attorney Identification No. 34495
                                                    Attorney for Defendants

Dated: 1/16/14