IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TREVON STOKLEY, | : | CIVIL ACTION |
|     Plaintiff, | : | |
|   v. | : | |
| | : | |
| BRISTOL BOROUGH SCHOOL | : | |
| DISTRICT, *et al.*, | : | |
|     Defendants. | : | No. 13-3277 |

## O R D E R

**AND NOW**, this 21st day of January, 2014, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 21), it is hereby **ORDERED** that the Motion (Docket No. 21) is **DENIED without prejudice**.[1]  Defendants may refile their motion no later than 14 days from the date of this Order.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Under this Court's Policies and Procedures, "[a]ll summary judgment motions and oppositions to such motions must contain a numbered paragraph-by-paragraph recitation of facts with specific citations to the record for the support of all of those facts." Judge Gene E.K. Pratter's General Pretrial and Trial Procedures, http://www.paed.uscourts.gov/documents/procedures/prapol2.pdf.  Defendants' Motion failed to include the requisite numbered paragraph-by-paragraph recitation of facts.  Therefore, the Court will deny the motion without prejudice to refile a motion that complies with the Court's Policies and Procedures.

1