IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TREVON STOKLEY,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| **BRISTOL BOROUGH SCHOOL DISTRICT,** *et al.*, | : | |
| | : | |
| Defendants. | : | No. 13-3277 |

## O R D E R

**AND NOW, TO WIT:** This 17th day of June, 2014, it having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:	S/Rose A. Barber
	Rose A. Barber
	Deputy Clerk

Copies sent by ECF to:
Steven M. Liero
Joseph P. Connor
Arsen Kashkashian